**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

HENRY SEARCY, JR.,

                 Plaintiff,

     v.

BROOKE ROLLINS, *Secretary of Agriculture*, *et al.*,

                 Defendants.

Case No. 25-cv-1012 (JMC)

---

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion to dismiss, ECF 5, is **GRANTED**, and this case is **DISMISSED**. It is further **ORDERED** that the dismissal of Searcy's Title VII and breach of contract claims is **WITH PREJUDICE**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

                                   _____
                                     JIA M. COBB
                                     United States District Judge

Date: April 14, 2026